COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | § | No. 08-23-00158-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 41st Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| LILIA FAVELA, | | |
| | § | (TC# 2018-DCV4882) |
| Appellee. | | |

## MEMORANDUM OPINION

Before this Court is the parties' first amended joint motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2). In the motion, the parties state that they have "satisfactorily compromised and settled all matters in dispute between them."

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of appellant, the court may dismiss the appeal or affirm the appealed judgment or order. TEX. R. APP. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in

accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." TEX. R. APP. P. 42.1(a)(2)(A)–(C).

After reviewing the motion and attached agreement, which has been signed by both parties and their attorneys, we conclude that the substance of the agreement seeks a voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). Therefore, the motion is granted and the appeal is dismissed. Each party shall bear the costs of this appeal pursuant to their agreement and joint motion. *See* TEX. R. APP. P. 42.1(d).

GINA M. PALAFOX, Justice

July 28, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.